# United States District Court
# For The Western District of North Carolina
# Asheville Division

MACK CALAM WEST,

       Plaintiff(s),	JUDGMENT IN A CIVIL CASE

vs.	1:10CV139

SID HARKLEROAD,

       Defendant(s).


DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 20, 2010 Order.


Signed: July 20, 2010

Frank G. Johns, Clerk
United States District Court